163 So.2d 359

F. MILLER AND SONS, INC.

v.

NEWMAN TRUCKING SERVICE COMPANY Inc., and Travelers Indemnity Company.

No. 47218.

May 4, 1964.

In re: Travelers Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 161 So.2d 349.

The application is denied. There appears no error of law in the judgment complained of.

163 So.2d 359

Curtis TURNER

v.

CONTINENTAL SOUTHERN LINES, INC.

No. 47221.

May 4, 1964.

In re: Curtis Turner applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 161 So.2d 139.

Writ refused. On the facts found by the Court of Appeal, the result is correct.